FILED
CHARLOTTE, NC
OCT 06 2011
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| IN RE: | ) | MISC. NO. 3:11-mj-329 |
| | ) | |
| | ) | **UNDER SEAL** |
| | ) | |
| SEARCH WARRANT | ) | ORDER TO SEAL SEARCH WARRANT |
| | ) | AFFIDAVIT AND APPLICATION |

UPON MOTION of the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, for an order directing that the Search Warrant, Affidavit, Search Warrant Application, Attachments A and B, this Motion and this Order be sealed, to protect the secrecy of the on-going nature of the investigation until further order of this court,

**IT IS HEREBY ORDERED** that the Search Warrant, Affidavit, Search Warrant Application, Attachments A and B, this Motion and this Order be sealed until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the ____6____ day of October, 2011.

_____
DAVID S. CAYER
UNITED STATES MAGISTRATE JUDGE