IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11MJ329-DSC

| | |
|---|---|
| In the Matter of the Search of:<br><br>Express Mail Flat Envelope<br>#EI 115418785 US | **ORDER** |

**UPON MOTION** of the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, for an order directing that the Search Warrant, Affidavit, Search Warrant Application, and Attachments A and B be unsealed for purposes of providing criminal discovery,

**IT IS HEREBY ORDERED** that the Search Warrant, Affidavit, Search Warrant Application, and Attachments A and B are hereby ordered UNSEALED effective immediately.

**SO ORDERED**.

Signed: February 24, 2012

David S. Cayer
United States Magistrate Judge