IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

IN RE: SEARCH WARRANT
Express Mail Flat Envelope #EI 115418785
US

No: 3:11-mj-329-DSC

### ORDER

Upon consideration of the Government's Motion to substitute redacted search warrant return captioned above, and for good cause shown, it is ORDERED, that a redacted version of the search warrant return shall be substituted on the public docket. It is further ORDERED, that the Government is granted leave to provide defense counsel with an unredacted version of the search warrant return.

**SO ORDERED**.

Signed: April 9, 2012

David S. Cayer
United States Magistrate Judge